# EXHIBIT 1

Notice to the NYS Civil Rights Bureau Regarding Filing of the Present Lawsuit



## Joseph & Norinsberg LLC

### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

September 19, 2024

**VIA EMAIL**
New York State Attorney General
Civil Rights Bureau
28 Liberty Street
New York, New York 10005

Re:    **Saunders v. Cat Rock Caurd LLC d/b/a Leafology Cannabis Company**

Dear Sir or Madam:

The purpose of this correspondence is to notify your office, pursuant to NYS Civil Rights Law §40-d, that my law firm is filing the above-captioned legal action on behalf of my client, Michael Saunders, in the United States District Court for the Southern District of New York on September 19, 2024. The lawsuit stems from the discrimination of my client by the defendants, on the basis of disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183, and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

Please contact me should you have any questions, or concerns.

.

Sincerely,

Jon L. Norinsberg, Esq.
*Senior Partner*