# EXHIBIT A

10/04/22

RE: Michael Saunders
DOB: 02/23/1967

To Whom it May Concern,

Micahel Saunders is a patient of the Eye Clinic at the Bedford Stuyvesant Family Health Center in Brooklyn, New York. He is legally blind secondary to enucleation of both eyes due to gunshot wounds.

Micahel Saunders should be afforded all privileges and accommodations available to those who are legally blind. Please feel free to contact our eye clinic should there be any questions or need for clarification.

Sincerely,

Constadina Manettas, O.D.
Optometrist
Bedford Stuyvesant Family Health Center
1456 Fulton St.
Brooklyn, New York 11216
(718) 636 - 4500 ext 6637

Constadina Manettas, OD
Optometrist
Bedford Stuyvesant
Family Health Center