This tab shows site quality issues, including broken links and server configuration problems.

❌ **Broken links - Some pages contain links that don't work.**

✅ Server configuration - No issues found.

✅ ASP, ASP.NET and PHP script errors - No issues found.

✅ Internet RFCs - No issues found.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Priority 1

4 issues on 67 pages

| | | | |
|---|---|---|---|
| 🔴 | This link is broken. The link target could not be loaded due to an HTTP error. This is sometimes a temporary problem, but if it persists it indicates a serious problem on your web server. | [Broken Link HTTP](#) | 8 pages |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/ | Line 36 38 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/about/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/author/leafology/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/author/will/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/category/cannabis/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/category/vaping/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/differences-between-distillate-live-resin-and-rosin-vapes-in-white-plains-westchester/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request | Line 39 41 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/blog/events/ | | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/no-smoke-no-problem/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/no-smoke-no-problem-elevate-your-culinary-creations-cooking-with-cannabis-in-white-plains-westchester/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/no-smoke-no-problem-indulge-your-senses-exploring-the-flavorful-world-of-cannabis-edibles-in-white-plains-westchester/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/no-smoke-no-problem-vaping-in-westchester-elevating-your-cannabis-experience-with-potent-and-portable-options/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/the-beginners-guide-to-different-cannabis-strains-in-white-plains/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/the-science-of-cannabis-understanding-terpenes-and-flavonoids-in-white-plains/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/blog/what-can-weed-do-for-pain/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/ayrloom/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/fernway/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/livwell/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/matter/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request | Line 39 41 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/brands/pura/ | | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/revert/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/brands/rove/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/contact/ | Line 48 50 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/faq/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/loyalty-program/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/news/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/ayrloom-tincture-high-dose-drops-up-thc-1000mg-6615bb65480ebc0007669125/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/fernway-mandarin-orange-2g-traveler-vape-66a928e00b6a15000726efc5/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/fernway-mango-2g-traveler-vape-66a928e00b6a15000726efb8/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/livwell-mandarin-cookies-1-flower-14g-66e1cb8891fbf80007b307d3/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/matter-flower-roasted-garlic-margy-28g-63395-667ec303d755da00076723a2/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/pura-rs-11-1oz-flower-663bccbb96dc9800086ad871/ | Line 39 41 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/revert-dosi-punch-pre-ground-14g-kief-infused-66c227705be2f900072cef95/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/revert-hawaiian-haze-pre-ground-14g-kief-infused-66c227705be2f900072cef8f/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/revert-mod-grape-pre-ground-14g-kief-infused-66c547b06b288c000746c4ce/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/product/skywalker-og-melted-diamond-live-resin-vaporizer-1-0g-ready-to-use-6616d4ad25857b00077fbc89/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/ | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?effects%5B%5D=CREATIVE | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?effects%5B%5D=ENERGETIC | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?effects%5B%5D=HAPPY | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?effects%5B%5D=RELAXED | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?strainType=HYBRID | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?strainType=INDICA | Line 198 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/?strainType=SATIVA | Line 198 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/accessories/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/concentrates/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/edibles/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/flower/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/orals/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/pre-rolls/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/tinctures/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/topicals/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?family=Poppins:wght@&display=swap 400 Bad Request https://leafologycannabiscompany.com/shop/vaporizers/ | Line 184 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/specials/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/terms-conditions/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/mount-vernon-ny-dispensary/ | Line 39 41 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request | Line 39 41 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/visit/pound-ridge-dispensary/ | | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-chappaqua-ny/ | Line 39 41 | |
| | Broken link: https://www.uber.com/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-chappaqua-ny/ | Line 1563 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-greenwich-ct/ | Line 39 41 | |
| | Broken link: https://www.uber.com/global/en/r/routes/greenwich-ct-to-white-plains-ct/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-greenwich-ct/ | Line 1529 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-new-rochelle-ny/ | Line 39 41 | |
| | Broken link: https://www.uber.com/global/en/r/cities/car-service/new-rochelle-ny-us/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-new-rochelle-ny/ | Line 1568 | |
| | Broken link: http://raysdiners.com/ 503 Server Unavailable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-new-rochelle-ny/ | Line 1546 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-rye-brook-ny/ | Line 39 41 | |
| | Broken link: https://www.uber.com/us/en/r/cities/taxi/white-plains-ny-us/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-rye-brook-ny/ | Line 1554 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-scarsdale-ny/ | Line 39 41 | |
| | Broken link: https://www.uber.com/us/en/r/cities/taxi/white-plains-ny-us/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-scarsdale-ny/ | Line 1550 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request | Line 39 41 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-stamford-ct/ | | |
| | Broken link: https://www.uber.com/global/en/r/routes/white-plains-ny-to-stamford-ct/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-stamford-ct/ | Line 1558 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-tarrytown-ny/ | Line 39 41 | |
| | Broken link: https://www.uber.com/us/en/r/cities/taxi/white-plains-ny-us/ 406 Not Acceptable https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-tarrytown-ny/ | Line 1568 | |
| | Broken link: https://fonts.googleapis.com/css2?display=swap&family=Poppins:wght@ 400 Bad Request https://leafologycannabiscompany.com/visit/yonkers-dispensary/ | Line 39 41 | |
| 🔴 | This link is broken. The page could not be found on the target web server.  Fixing this depends on how the link became broken: <ul><li>The link has been mistyped and should be fixed</li><li>The destination page has moved and the link should be updated</li><li>The destination page no longer exists and the link should be removed</li><li>A file has been accidentally deleted and should be replaced</li></ul>  Broken link: https://www.djournal.com/news/national/white-plains-dispensary-pays-it-forward-spends-green-on-legal-help/video_aa282d52-ef12-5b47-a70e-84dadba8ba2a.html 404 Not Found https://leafologycannabiscompany.com/news/ | Broken Link HTTP 404  Line 900 | 1 pages |
| 🔴 | This link is broken. The `src` or `href` is an empty string.  `href="` or `src="` can cause unexpected effects such as traffic spikes or cookie corruption, and causes JavaScript error events to fire on Firefox.  Link: Flower URL is empty. https://leafologycannabiscompany.com/visit/ | Broken Link  Line 1087 1149 1173 1215 1259 ... | 1 pages |
| 🔴 | This page contains some spelling errors.  Click the word to add it to the dictionary. Click it again if you want to remove it. | | 67 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | merch ayrloom overconsumption knowledgable verifiably https://leafologycannabiscompany.com/ | Line 1197 1340 1442 1551 1862 ... | |
| | merch overconsumption https://leafologycannabiscompany.com/about/ | Line 1186 1370 | |
| | overconsumption cannabinoids amidst terpenes flavonoids https://leafologycannabiscompany.com/blog/ | Line 962 962 962 1034 1219 | |
| | overconsumption https://leafologycannabiscompany.com/contact/ | Line 1217 | |
| | overconsumption https://leafologycannabiscompany.com/loyalty-program/ | Line 964 | |
| | merch overconsumption https://leafologycannabiscompany.com/news/ | Line 986 1183 | |
| | overconsumption https://leafologycannabiscompany.com/shop/ | Line 919 | |
| | overconsumption https://leafologycannabiscompany.com/shop/?effects%5B%5D=ENERGETIC | Line 919 | |
| | overconsumption https://leafologycannabiscompany.com/shop/?effects%5B%5D=RELAXED | Line 919 | |
| | overconsumption https://leafologycannabiscompany.com/shop/accessories/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/concentrates/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/edibles/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/flower/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/orals/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/pre-rolls/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/tinctures/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/topicals/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/shop/vaporizers/ | Line 905 | |
| | overconsumption https://leafologycannabiscompany.com/specials/ | Line 916 | |
| | merch overconsumption knowledgable knowledgable https://leafologycannabiscompany.com/visit/ | Line 1527 1671 1859 2158 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | This issue was found on another 47 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |