This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | | Key |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

10 issues on 33 pages

| | | | |
|---|---|---|---|
| 🔴 | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15<br>Section 508 (2017) A F15 | 1 pages |
| | Add `tabindex=0` to allow keyboard users to tab to the control. | 4.1.2 | |
| | https://leafologycannabiscompany.com/ | Line 957 1017 1047 1077 1229 ... | |
| 🔴 | Clickable controls should have an ARIA role. | WCAG 2.1 A F54<br>Section 508 (2017) A F54 | 1 pages |
| | Controls that respond to clicks should be given an ARIA role such as `role=button` or `role=link`. `div`, `span` and `a` elements without an `href` attribute have no semantic role. | 2.1.1 | |
| | https://leafologycannabiscompany.com/ | Line 957 1017 1047 1077 1229 ... | |
| 🔴 | Do not use filenames, placeholders or empty text as text alternatives for timed media. | WCAG 2.1 A F30<br>Section 508 (2017) A F30 | 1 pages |
| | Use a text alternative that describes the purpose or content of the media. | 1.1.1 1.2.1 | |
| | Alternative: https://leafologycan<br>https://leafologycannabiscompany.com/visit/ | Line 897 | |
| 🔴 | Links must have an accessible name. | WCAG 2.1 A F89<br>Section 508 (2017) A F89 | 29 pages |
| | A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:<br><br>• Add text between the `a` element start and end tags<br>• Add an `aria-label` attribute<br>• Add an `aria-labelledby` attribute | 2.4.4 2.4.9 4.1.2 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | • Add an `img alt` attribute labeling the link if it contains an `img` element | | |
| | `img` elements with `role=presentation` or `role=none` are not included in the link's accessible name. **Note:** `img` elements with `display:none` or `visibility:hidden` are not included in the link's accessible name. Some lazy loader scripts hide images until they scroll into view, but screen readers can voice links below the fold (via the List Links command) resulting in reading links with no name. | | |
| | https://leafologycannabiscompany.com/blog/no-smoke-no-problem/ | Line 290 | |
| | https://leafologycannabiscompany.com/blog/no-smoke-no-problem-elevate-your-culinary-creations-cooking-with-cannabis-in-white-plains-westchester/ | Line 290 | |
| | https://leafologycannabiscompany.com/blog/no-smoke-no-problem-indulge-your-senses-exploring-the-flavorful-world-of-cannabis-edibles-in-white-plains-westchester/ | Line 290 | |
| | https://leafologycannabiscompany.com/blog/no-smoke-no-problem-vaping-in-westchester-elevating-your-cannabis-experience-with-potent-and-portable-options/ | Line 290 | |
| | https://leafologycannabiscompany.com/blog/the-beginners-guide-to-different-cannabis-strains-in-white-plains/ | Line 290 | |
| | https://leafologycannabiscompany.com/blog/the-science-of-cannabis-understanding-terpenes-and-flavonoids-in-white-plains/ | Line 290 | |
| | https://leafologycannabiscompany.com/brands/livwell/ | Line 274 | |
| | https://leafologycannabiscompany.com/brands/revert/ | Line 268 | |
| | https://leafologycannabiscompany.com/product/revert-dosi-punch-pre-ground-14g-kief-infused-66c227705be2f900072cef95/ | Line 276 | |
| | https://leafologycannabiscompany.com/product/revert-hawaiian-haze-pre-ground-14g-kief-infused-66c227705be2f900072cef8f/ | Line 274 | |
| | https://leafologycannabiscompany.com/product/revert-mod-grape-pre-ground-14g-kief-infused-66c547b06b288c000746c4ce/ | Line 274 | |
| | https://leafologycannabiscompany.com/terms-conditions/ | Line 272 | |
| | https://leafologycannabiscompany.com/visit/ | Line 1901 1909 1917 1925 1933 ... | |
| | https://leafologycannabiscompany.com/visit/mount-vernon-ny-dispensary/ | Line 278 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-chappaqua-ny/ | Line 282 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-new-rochelle-ny/ | Line 282 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-rye-brook-ny/ | Line 278 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-scarsdale-ny/ | Line 278 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-stamford-ct/ | Line 282 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-tarrytown-ny/ | Line 278 | |
| | This issue was found on another 9 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | The element `a` must not appear as a descendant of the `a` element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |
| | https://leafologycannabiscompany.com/ | Line 957 1017 1047 1077 1229 ... | |
| 🔴 | The element `button` must not appear as a descendant of the `a` element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |
| | https://leafologycannabiscompany.com/ | Line 963 993 1023 1053 1083 ... | |
| 🔴 | The interactive element `a` must not appear as a descendant of the `a` element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |
| | https://leafologycannabiscompany.com/ | Line 957 1017 1047 1077 1229 ... | |
| 🔴 | The interactive element `button` must not appear as a descendant of the `a` element. An interactive control nested inside another interactive control is not voiced correctly by screen readers, and its name role and state is ignored. | HTML5 WCAG 2.1 A 4.1.2 Section 508 (2017) A 4.1.2 | 1 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/ | Line 963 993 1023 1053 1083 ... | |
| 🔴 | This `button` element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 12 pages |

A programmatically determined name allows screen readers to tell users what the control does. To add a name do one of the following:

- Add text between the `button` start and end tags
- Add a `title` attribute
- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute
- Add an `img alt` attribute if the button contains an `img` element

| | | | |
|---|---|---|---|
| | https://leafologycannabiscompany.com/ | Line 907 907 | |
| | https://leafologycannabiscompany.com/visit/ | Line 1411 1421 | |
| | https://leafologycannabiscompany.com/visit/mount-vernon-ny-dispensary/ | Line 1185 1195 | |
| | https://leafologycannabiscompany.com/visit/pound-ridge-dispensary/ | Line 1184 1194 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-chappaqua-ny/ | Line 1191 1201 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-greenwich-ct/ | Line 1186 1196 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-new-rochelle-ny/ | Line 1191 1201 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-rye-brook-ny/ | Line 1187 1197 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-scarsdale-ny/ | Line 1187 1197 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-stamford-ct/ | Line 1191 1201 | |
| | https://leafologycannabiscompany.com/visit/recreational-cannabis-dispensary-near-tarrytown-ny/ | Line 1187 1197 | |
| | https://leafologycannabiscompany.com/visit/yonkers-dispensary/ | Line 1188 1198 | |
| 🔴 | Use semantic markup like `strong` instead of using the CSS `font-weight` property. | WCAG 2.1 A F2<br>Section 508 (2017) A F2 | 1 pages |

Use the `strong` element instead of the `span` element for bold text.

1.3.1

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://leafologycannabiscompany.com/ | Line 951 981 1011 1041 1071 ... | |

## Level AA

3 issues on 67 pages

| | Cannot use `aria-label` or `aria-labelledby` on elements and roles that prohibit naming. | HTML5 ARIA 1.2 | 66 pages |
|---|---|---|---|
| | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3 Section 508 (2017) AA 1.4.3 | 67 pages |
| | If you set any of the colors on the `body` or `a` elements you must set all of them. | WCAG 2.1 AA F24 Section 508 (2017) AA F24 | 19 pages |

## Level AAA

3 issues on 67 pages

| | Avoid specifying a new window as the target of a link with `target=_blank`. | WCAG 2.1 AAA F22 | 67 pages |
|---|---|---|---|
| | Clickable targets must be at least 44 by 44 CSS pixels. | WCAG 2.1 2.5.5 | 4 pages |
| | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 5 pages |