```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

                    Plaintiff,

-against-

CAT ROCK CAURD LLC,.,

                    Defendants.

24-cv-07121 (MMG)

**ORDER TO MOVE FOR DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff Michael Saunders instituted the above-captioned action on September 19, 2024. Dkt. No. 1. Defendant Cat Rock Caurd, LLC was served on October 4, 2024, *see* Dkt. No. 6, and counsel appeared on behalf of Defendant on October 13, 2024, *see* Dkt. No. 7. Consistent with the Court's September 23, 2024 Order staying Defendant's time to answer the complaint, the parties' joint letter concerning their meet and confer was due no later than November 18, 2024. Dkt. No. 5. Despite the appearance of counsel for Defendant and outreach from the Court regarding this deadline, no such letter was filed. Therefore, on December 3, 2024, this Court lifted the stay of Defendant's time to answer the Complaint and ordered Defendant to answer or otherwise respond to the complaint no later than December 17, 2024 or risk default. Dkt. No. 9. That deadline has now passed, and Defendant did not answer or otherwise respond to the Complaint. Thus, Defendant appears to be in default in this action.

      Accordingly, it is hereby ORDERED that if Defendant has not responded to the Complaint by **January 3, 2025**, then by **January 17, 2025**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that Defendant shall file any opposition to any motion for default judgment by **January 31, 2025**, and any reply shall be filed by **February 7, 2025**.

Dated: December 18, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge