**Joseph & Norinsberg LLC**
Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Arjeta Albani, Esq.**
arjeta@employeejustice.com

April 10, 2025

**VIA ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 906
New York, N.Y. 10007
GarnettNYSDChambers@nysd.uscourts.gov
(212) 805-0236

      Re:    **Saunders v. Cat Rock Caurd, LLC d/b/a Leafology Cannabis Company**
               **1:24-Civ. 7121 (MMG) (KHP)**

Dear Judge Garnett:

      We represent Plaintiff, *Michael Saunders* ("Plaintiff") in the above referenced ADA matter against Defendant, *Cat Rock Caurd, LLC d/b/a Leafology Cannabis Company* ("Defendant") (collectively the "Parties"). Together with Defendant's counsel, we submit this letter in response to the Court's email of today's date.

      The parties have been engaged in settlement discussions and are still exploring the possibility of amicable resolution of this case. The parties request an additional two weeks to continue these discussions and if the case is not resolved by then, the parties intend to submit a comprehensive joint letter responsive to the Court's January 28, 2025 Order.

      We thank the Court for its time and attention in this matter.

                                                    Sincerely,

                                                    Arjeta Albani, Esq.
Attorney for Plaintiff
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: (212) 791-5396
Fax No.: (212) 406-6890
Arjeta@employeejustice.com

c.c.
Stein & Nieporent, LLP
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
New York, NY 10018
(212) 308-3444